RECEIVED
IN ALEXANDRIA, LA.

MAR 0 8 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANN DESHOTELS, ET AL | : | DOCKET NO. 08-1378 |
| VS. | : | JUDGE TRIMBLE |
| GREGORY PAUL NORSWORTHY, ET AL | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #62) filed by defendants, Tony Mancuso, in his official capacity, and Sheriff Deputies Michael Marshall and Travis Miller, is hereby **GRANTED** in part and **DENIED** in part. The motion is **GRANTED** to the extent that Plaintiff's claims against Sheriff Tony Mancuso pursuant to 42 U.S. § 1983 are hereby **DISMISSED** with prejudice; the excessive force claims as to the § 1983 and negligence claims against Defendants Mike Marshall and Travis Miller are **DISMISSED**; otherwise the motion is denied.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 8th day of March, 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE